IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARK S. CHENEY,

    Plaintiff,

v.                               Case No.: 1:08-CV-01044 (JDB)

IPD ANALYTICS, L.L.C.,
INTELLECTUAL PROPERTY
DEVELOPMENT, INC., and
HOWARD BENJAMIN KRASS,

    Defendants.
_____/

## MOTION TO APPEAR PRO HAC VICE

In accordance with LCvR 83.2 (d) governing the participation by non-members of this Court's bar in court proceedings, the undersigned respectfully moves for the admission of Dennis A. Richard, Esq. of the law firm of Richard & Richard, P.A., 825 Brickell Bay Drive, Tower III, Suite 1748, Miami, FL 33131, (305) 374-6688, for purposes of appearance as co-counsel on behalf of the defendants, IPD Analytics, LLC, Intellectual Property, Inc. and Howard Krass in the above styled matter. The Declaration of Dennis A. Richard is attached hereto as Exhibit "A."

WHEREFORE, Julianna S. Gonen, Esq. moves this Court to enter an order permitting Dennis A. Richard, Esq. to appear *pro hac vice* before this Court on behalf of IPD Analytics, LLC, Intellectual Property, Inc. and Howard Krass for all purposes relating to the proceedings in the above styled matter.

Dated: June 27, 2008    Respectfully Submitted,

        ATTORNEYS FOR DEFENDANTS

        EPSTEIN BECKER & GREEN, P.C.
        1227 25th Street, N.W., Suite 700
        Washington, District of Columbia 20037
        Telephone: (202) 861-0900
        Telefax: (202) 296-2882


By: /s/ JULIANNA S. GONEN

    STEVEN M. UMIN
    D.C. Bar Number 47985
    sumin@ebglaw.com

    JULIANNA S. GONEN
    D.C. Bar Number 488759
    jgonen@ebglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified below via transmission of Notices of Electronic Filing generated by the ECF system.

>Clark S. Cheney, Esq.
>Law Office of Clark S. Cheney
>*Pro Se Plaintiff*
>517 F Street, N.E.
>Washington, D.C. 2002
>Telephone: (202) 253-7195

>  /s/ JULIANNA S. GONEN
> JULIANNA S. GONEN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.: 1-08-CV-01044 (John D. Bates)

CLARK S. CHENEY,

    Plaintiff,

v.

IPD ANALYTICS, L.L.C.,
INTELLECTUAL PROPERTY
DEVELOPMENT, INC., and
HOWARD BENJAMIN KRASS,

    Defendants.
_____/

## DECLARATION OF DENNIS A. RICHARD

I, DENNIS A. RICHARD, declare as follows:

1.    My full name is Dennis Alan Richard.

2.    My office address and phone number are: Richard & Richard, P.A., 825 Brickell Bay Drive, Tower III, Suite 1748, Miami, FL, 33131, (305) 374-6688.

3.    I am admitted to practice in the following jurisdictions: 1972, Florida; 1973, U.S. District Court, Southern District of Florida, including Trial Bar; 1987, U.S. Court of Appeals, Eleventh Circuit; 1990, U.S. Court of Appeals, Seventh Circuit; 1991 U.S. Court of Appeals, Third Circuit; 1995, U.S. Supreme Court; and 1997, U.S. Court of Appeals for the Federal Circuit.

**EXHIBIT "A"**

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

I, Dennis A. Richard, hereby declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the United States of America, that the foregoing declaration is true and correct.

Dated: June 25, 2008

_____
DENNIS A. RICHARD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARK S. CHENEY,

    Plaintiff,

v.                                    Case No.: 1:08-CV-01044 (JDB)

IPD ANALYTICS, L.L.C.,
INTELLECTUAL PROPERTY
DEVELOPMENT, INC., and
HOWARD BENJAMIN KRASS,

    Defendants.
_____/

**PROPOSED ORDER**

        Upon consideration of Defendants' Motion for *Pro Hac Vice* Admission of Dennis A. Richard, and the supporting declaration, this Court hereby GRANTS the Defendants' Motion finding good cause.

                                  IT IS SO ORDERED,

_____                           _____
Date                                          United States District Court Judge