IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARK S. CHENEY,

        Plaintiff,

        v.                       Case No.: 1:08-cv-01044-JDB

IPD ANALYTICS, L.L.C.,
INTELLECTUAL PROPERTY
DEVELOPMENT, INC., and
HOWARD BENJAMIN KRASS,

        Defendants.

_____/

**CONSENTED TO MOTION FOR EXTENSION
OF TIME TO RESPOND TO
MOTION FOR PRELIMINARY INJUNCTION**

        Defendants, IPD Analytics, L.L.C., Intellectual Property Development, Inc., and Howard Benjamin Krass, with the consent of the plaintiff, move for an extension of time, through and including July 7, 2008, to file their response in opposition to plaintiff, Cheney's, Motion for Preliminary Injunction (DE-2), and states:

        1.      This motion has been discussed with plaintiff, Clark S. Cheney, who consents to the motion and order.

2.      This motion and consent shall in no way affect, impair, or prejudice the rights of any party hereto, including any basis for plaintiff's complaint and motion, and any defenses or motions directed to the complaint.

Dated: June 27, 2008                    Respectfully submitted


EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants
1227 25th Street, N.W., Suite 700
Washington, District of Columbia 20037
Telephone: (202) 861-0900
Telefax: (202) 296-2882

By:      /s/ JULIANNA S. GONEN

STEVEN M. UMIN
D.C. Bar Number 47985
sumin@ebglaw.com

JULIANNA S. GONEN
D.C. Bar Number 488759
jgonen@ebglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified below via transmission of Notices of Electronic Filing generated by the ECF system.

Clark S. Cheney, Esq.
Law Office of Clark S. Cheney
*Pro Se Plaintiff*
517 F Street, N.E.
Washington, D.C. 2002
Telephone: (202) 253-7195


  /s/ JULIANNA S. GONEN
JULIANNA S. GONEN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARK S. CHENEY,

        Plaintiff,

    v.                                  Case No.: 1:08-cv-01044-JDB

IPD ANALYTICS, L.L.C.,
INTELLECTUAL PROPERTY
DEVELOPMENT, INC., and
HOWARD BENJAMIN KRASS,

        Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

THIS CAUSE having come before the Court on defendants' Consented to Motion for Extension of Time to Respond to Motion for Preliminary Injunction (DE-4), it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED, and defendants shall have through and including July 7, 2008, in which to file their response in opposition to plaintiff's motion for preliminary injunction.

DONE AND ORDERED in Chambers, at Washington, D.C., this ____ day of June, 2008.

 

 

_____
JOHN D. BATES, U.S. District Judge

Copies furnished to:
Counsel of Record