**RETURN OF SERVICE**

# UNITED STATES DISTRICT COURT
## Columbia District of

Case Number: 1:08-CV-01044    JDB

Plaintiff:
**CLARK S. CHENEY**

vs.

Defendant:
**IPD ANALYTICS, LLC., INTELLECTUAL PROPERTY DEVELOPMENT, INC., and HOWARD BENJAMIN KRASS**

For:
Clark S. Cheney
LAW OFFICE OF CLARK S. CHENEY
517 F Street Ne
Washington, DC  20002

Received by Metro Process Service, Inc. on the 19th day of June, 2008 at 9:00 am to be served on **IPD ANALYTICS, LLC., 1170 Kane Concourse, Suite #300, Bay Harbor Islands, FL 33154**.

I, Tyrone Mapp, do hereby affirm that on the **23rd day of June, 2008** at **9:56 am**, I:

served the within named corporation a true copy of the **Summons, 20 Day/Complaint, Notice of Right to Consent to Trail before United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, Complaint and Jury Demand, Motion for Preliminary Injunction, Memorandum Supporting Plaintiff's Motion for Preliminary Injunction, Declaration of Clark S. Cheney, with Exhibits A, B, and C. [Proposed] Order** with the date and hour of service endorsed thereon by me to **HOWARD B. KRASS** as **REGISTERED AGENT** or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendan't corporation does not keep a registered agent present or a sign posted in the office in some conspicuous place designating the name of the corporation **IPD ANALYTICS, LLC.** and the name of it's registered agent on whom process may be served as required by Florida Statute, Section 48.091.

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

Tyrone Mapp
C.P.S. #1417

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL  33130
(305) 374-7387
Our Job Serial Number: 2008003209

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

# UNITED STATES DISTRICT COURT
## District of Columbia

Clark S. CHENEY

**SUMMONS IN A CIVIL CASE**

V.

IPD Analytics, LLC
Intellectual Property Development, Inc., and
Howard Benjamin KRASS

Case: 1:08-cv-01044
CAS   Assigned To : Bates, John D.
Assign. Date : 6/18/2008
Description: TRO/PI

TO: (Name and address of Defendant)

IPD Analytics, LLC
C/O Howard B. Krass, Registered Agent
1170 Kane Concourse, Suite 300
Bay Harbor Islands, FL 33154

METRO PROCESS SVCE.
REC'D
SERVED R.A.
DATE 06/23/08 TIME 9:56 A.M.
PS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clark S. Cheney
517 F Street, NE
Washington, DC  20002

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

JUN 1 8 2008

CLERK                                    DATE

(By) DEPUTY CLERK