**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Columbia District of

Case Number: 1:08-CV-01044  JDB

Plaintiff:
**CLARK S. CHENEY**

vs.

Defendant:
**IPD ANALYTICS, LLC., INTELLECTUAL PROPERTY DEVELOPMENT, INC., and HOWARD BENJAMIN KRASS**

For:
Clark S. Cheney
LAW OFFICE OF CLARK S. CHENEY
517 F Street Ne
Washington, DC  20002

Received by Metro Process Service, Inc. on the 19th day of June, 2008 at 9:00 am to be served on **HOWARD BENJAMIN KRASS, 1170 Kane Concourse, Suite #300, Bay Harbor Islands, FL 33154**.

I, Tyrone Mapp, do hereby affirm that on the **23rd day of June, 2008** at **9:56 am, I:**

**INDIVIDUALLY** served a true copy of the **Summons, 20 Day/Complaint, Notice of Right to Consent to Trail before United States Magistrate Judge, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, Complaint and Jury Demand, Motion for Preliminary Injunction, Memorandum Supporting Plaintiff's Motion for Preliminary Injunction, Declaration of Clark S. Cheney, with Exhibits A, B, and C. [Proposed] Order** with the date and hour of service endorsed thereon by me, to: **HOWARD BENJAMIN KRASS** at the address of: **1170 Kane Concourse, Suite #300, Bay Harbor Islands, FL 33154**, and informed said person of the contents therein, in compliance with state statutes. FS 48.031(1)

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

Tyrone Mapp
C.P.S. #1417

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL  33130
(305) 374-7387
Our Job Serial Number: 2008003211

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev DC - September 2003) Summons in a Civil Action

803211 

# UNITED STATES DISTRICT COURT
## District of Columbia

Clark S. CHENEY

**SUMMONS IN A CIVIL CASE**

V.

IPD Analytics, LLC
Intellectual Property Development, Inc., and
Howard Benjamin KRASS

CASE

Case: 1:08-cv-01044
Assigned To : Bates, John D.
Assign. Date : 6/18/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Howard Benjamin Krass
1170 Kane Concourse, Suite 300
Bay Harbor Islands, FL 33154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clark S. Cheney
517 F Street, NE
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**            JUN 1 8 2008

CLERK                                      DATE

(By) DEPUTY CLERK

Case No. 1:08-CV-01044 (JDB)

## CERTIFICATE OF SERVICE

I, Tyrone Mapp, HEREBY CERTIFY that on this 23 day of June 2008, I personally served a true and correct copy of:

- Summons
- Notice of Right to Consent to Trial before United States Magistrate Judge
- Initial Electronic Case Filing Order
- Electronic Case Files Attorney/Participant Registration Form
- Complaint and Jury Demand
- Motion for Preliminary Injunction
- Memorandum Supporting Plaintiff's Motion for Preliminary Injunction
- Declaration of Clark S. Cheney, with Exhibits A, B, and C
- [Proposed] Order

upon each of the following:

Howard B. Krass, as Registered Agent for Defendant IPD Analytics, Inc.

Howard B. Krass, as Registered Agent for Defendant Intellectual Property Development

Howard Benjamin Krass, in his personal capacity as Defendant

*TYRONE MAPP*

4