UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CLARK S. CHENEY,                                    Case No.: 1:08-cv-01044-JDB

      Plaintiff,

v.

IPD ANALYTICS, L.L.C.,
INTELLECTUAL PROPERTY
DEVELOPMENT, INC., and
HOWARD BENJAMIN KRASS,

      Defendants.

_____

**DEFENDANTS' ERRATA PLEADING IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TRANSFER PURSUANT TO THE CONTRACTUAL FORUM SELECTION CLAUSE, FOR LACK OF PERSONAL JURISDICTION, OR IMPROPER VENUE**

    Defendants, IPD Analytics, L.L.C. ("IPD Analytics"), Intellectual Property Development, Inc., and Howard Benjamin Krass, file their Errata Pleading in support of Defendants' Motion to Dismiss or Transfer Pursuant to the Contractual Forum Selection Clause, for Lack of Personal Jurisdiction, or Improper Venue (DE-8). This pleading is required to file the Proposed Orders on Defendants' Motion to Dismiss or Transfer Pursuant to the Contractual Forum Selection Clause, for Lack of Personal Jurisdiction, or Improper Venue attached hereto as Exhibits "A" and "B".

Dated: July 8, 2008                              Respectfully submitted,

                                                           EPSTEIN BECKER & GREEN, P.C.
                                                           1227 25th Street, N.W., Suite 700
                                                           Washington, District of Columbia 20037
                                                          Telephone: (202) 861-0900

       Telefax: (202) 296-2882
       By:   /s/ Steven M. Umin
          Steven M. Umin, Esq.
          D.C. Bar Number 47985
          sumin@ebglaw.com
          Julianna S. Gonen, Esq.
          D.C. Bar Number 488759
          jgonen@ebglaw.com

       RICHARD & RICHARD, P.A.
       825 Brickell Bay Drive
       Tower III - Suite 1748
       Miami, Florida  33131
       Telephone: (305) 374-6688
       Fax: (305) 374-0384
       By:   /s/ Dennis Richard
          Dennis Richard, Esq.
          dennis@richardandrichard.com
          (*Pro Hac Vice* Admission
          Florida Bar Number 148730)

       ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that on this 8th day of July, 2008, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

       Clark S. Cheney, Esq.
       Law Office of Clark S. Cheney
       *Pro Se Plaintiff*
       517 F Street, N.E.
       Washington, D.C. 2002
       Telephone: (202) 253-7195
       **Via U.S. Mail**

                 /s/ Dennis Richard
                 Dennis Richard, Esq.

H:\IPD Analytics\IPD-Cheney\Pleadings\errata pleading_mtd.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CLARK S. CHENEY,                                               Case No.: 1:08-cv-01044-JDB

      Plaintiff,

v.

IPD ANALYTICS, L.L.C.,
INTELLECTUAL PROPERTY
DEVELOPMENT, INC., and
HOWARD BENJAMIN KRASS,

      Defendants.

_____

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Dismiss or Transfer Pursuant to Contractual Forum Selection Clause, for Lack of Personal Jurisdiction, or Improper Venue (DE-8), Plaintiff's opposition thereto, and Defendants' reply memorandum, the Court hereby GRANTS Defendants' Motion as follows:

1.      Plaintiff's claims are hereby dismissed.

                                    IT IS SO ORDERED,

_____                            _____
Date                                                         United States District Court Judge

H:\IPD Analytics\IPD-Cheney\Pleadings\proposed order on mtd_mtd.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CLARK S. CHENEY,   Case No.: 1:08-cv-01044-JDB

    Plaintiff,

v.

IPD ANALYTICS, L.L.C.,
INTELLECTUAL PROPERTY
DEVELOPMENT, INC., and
HOWARD BENJAMIN KRASS,

    Defendants.
_____

**PROPOSED ORDER**

Upon consideration of Defendants' Motion to Dismiss or Transfer Pursuant to Contractual Forum Selection Clause, for Lack of Personal Jurisdiction, or Improper Venue (DE-8), Plaintiff's opposition thereto, and Defendants' reply memorandum, the Court hereby GRANTS Defendants' Motion as follows:

    1.    This case is hereby transferred to the Southern District of Florida.

                                IT IS SO ORDERED,

_____     _____
Date                                                   United States District Court Judge