UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARK S. CHENEY,

Plaintiff,

v.

IPD ANALYTICS, L.L.C., INTELLECTUAL PROPERTY DEVELOPMENT, INC., and HOWARD BENJAMIN KRASS,

Defendants.

Case No.: 1:08-cv-01044-JDB

**DEFENDANTS' ERRATA PLEADING IN SUPPORT OF DEFENDANTS' DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF CHENEY'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants, IPD Analytics, L.L.C. ("IPD Analytics"), Intellectual Property Development, Inc., and Howard Benjamin Krass, file their Errata Pleading in support of Defendants' Memorandum in Opposition to Plaintiff Cheney's Motion for Preliminary Injunction (DE-9). This errata pleading is required to file the Proposed Order on Defendants' Memorandum in Opposition to Plaintiff Cheney's Motion for Preliminary Injunction attached hereto as Ex. "A".

Dated: July 8, 2008

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, District of Columbia 20037
Telephone: (202) 861-0900
Telefax: (202) 296-2882
By: /s/ Steven M. Umin
Steven M. Umin, Esq.

D.C. Bar Number 47985
sumin@ebglaw.com
Julianna S. Gonen, Esq.
D.C. Bar Number 488759
jgonen@ebglaw.com

RICHARD & RICHARD, P.A.
825 Brickell Bay Drive
Tower III - Suite 1748
Miami, Florida 33131
Telephone: (305) 374-6688
Fax: (305) 374-0384
By: /s/ Dennis Richard
Dennis Richard, Esq.
dennis@richardandrichard.com
(*Pro Hac Vice* Admission
Florida Bar Number 148730)

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 8th day of July, 2008, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Clark S. Cheney, Esq.
Law Office of Clark S. Cheney
*Pro Se Plaintiff*
517 F Street, N.E.
Washington, D.C. 2002
Telephone: (202) 253-7195
**Via U.S. Mail**

/s/ Dennis Richard
Dennis Richard, Esq.

H:\IPD Analytics\IPD-Cheney\Pleadings\errata pleading re mpi_mtd.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLARK S. CHENEY,

Plaintiff,

v.

IPD ANALYTICS, L.L.C., INTELLECTUAL PROPERTY DEVELOPMENT, INC., and HOWARD BENJAMIN KRASS,

Defendants.

Case No.: 1:08-cv-01044-JDB

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction (DE-2) and Defendants' opposition thereto (DE-9), the Court hereby DENIES Plaintiff's motion.

IT IS SO ORDERED,

____________________
Date

____________________________
United States District Court Judge