UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Clark S. CHENEY,

    Plaintiff,

        v.

IPD ANALYTICS, LLC, *et al.*,

    Defendants.

Case No. 1:08-cv-01044-JDB

**UNOPPOSED MOTION FOR HEARING ON PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS OR TRANSFER**

      Plaintiff Clark Cheney respectfully moves the Court for a combined hearing on his pending Motion for Preliminary Injunction (DE 2) and on Defendants' pending Motion to Dismiss or Transfer (DE 8).  The two motions have been fully briefed and are ripe for oral argument.  Plaintiff certifies that he has spoken with counsel for all Defendants about this motion pursuant to Local Rule of Civil Procedure 7(m).  Defendants do not oppose this motion, but alerted Plaintiff to a scheduling conflict for Defendants August 16-30, 2008.

      As noted in Plaintiff's Motion for Preliminary Injunction (DE 2), Plaintiff is suffering ongoing harm while the preliminary injunction motion is pending.  Because of the ongoing harm, Plaintiff requested an expedited hearing for the preliminary injunction motion under Local Rule of Civil Procedure 65(d).  (<u>See</u> DE 2, Motion for Preliminary Injunction, p. 3.)  Plaintiff respectfully requests that the Court hold a combined hearing the two pending motions as soon as would be convenient to the Court.

Dated August 8, 2008                                          Respectfully submitted,


  /s/ Clark S. Cheney
Clark S. Cheney, DC Bar No. 491919
Law Office of Clark S. Cheney
517 F Street, NE
Washington, DC 20002
(202) 253-7195
clarkscheney@hotmail.com

*Pro se Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

  /s/ Clark S. Cheney

ATTORNEYS FOR DEFENDANTS:

Steven M. Umin, Esq.
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, District of Columbia 20037
Telephone: (202) 861-0900
Fax: (202) 296-2882
sumin@ebglaw.com

Dennis Richard, Esq.
RICHARD & RICHARD, P.A.
825 Brickell Bay Drive
Tower III – Suite 1748
Miami, Florida, 33131
Telephone: (305) 374-6688
Fax: (305) 374-0384
dennis@richardandrichard.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Clark S. CHENEY,

    Plaintiff,

        v.

IPD ANALYTICS, LLC, *et al.*,

    Defendants.

Case No. 1:08-cv-01044-JDB

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Hearing on Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss (DE 17), the Court hereby orders that the parties shall appear on the _____ day of _____, 2008, at _____ o'clock \_\_.m. in Courtroom _____ for oral argument on Plaintiff's Motion for Preliminary Injunction (DE 2) and Defendants' Motion to Dismiss or Transfer (DE 8).

                                            IT IS SO ORDERED,

_____                         _____
Date                                                     United States District Court Judge

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 8th day of August, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    /s/ Clark S. Cheney

ATTORNEYS FOR DEFENDANTS:

Steven M. Umin, Esq.
EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, District of Columbia 20037
Telephone: (202) 861-0900
Fax: (202) 296-2882
sumin@ebglaw.com

Dennis Richard, Esq.
RICHARD & RICHARD, P.A.
825 Brickell Bay Drive
Tower III – Suite 1748
Miami, Florida, 33131
Telephone: (305) 374-6688
Fax: (305) 374-0384
dennis@richardandrichard.com